

[No. 68421-3-I.   Division One.   September 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN J. PORTCH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00517-2, Larry E. McKeeman, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 68495-7-I.   Division One.   September 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP LINCH SCHLOREDT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00817-1, Anita L. Farris, J., entered March 14, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 68813-8-I.   Division One.   September 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. A.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02814-5, Bruce W. Hilyer, J., entered March 13, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.